Certificate Number: 05781-PAE-DE-030132665

Bankruptcy Case Number: 17-16828



05781-PAE-DE-030132665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 6, 2017</u>, at <u>12:14</u> o'clock <u>PM PST</u>, <u>Kenneth Cooper</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 6, 2017</u>          By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>