## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
  Cooper, Kenneth
  :
  Debtor
  : 17-16828

### CERTIFICATE OF SERVICE OF NOTICE OF FILING OF APPLICATION FOR APPROVAL OF COUNSEL FEES

I certify that on the date shown below a copy of NOTICE OF FILING OF APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

June 7, 2018

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Cooper, Kenneth
6126 Old York Rd
Philadelphia, PA 19141