**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
   Cooper, Kenneth

         Debtor                                      : 17-16828

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __2nd__ day of __July__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of **$5,000.00** and $0.00 in expenses are **ALLOWED,** and the unpaid balance of **$5,000.00** and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE