United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16828-elf
Kenneth Cooper                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Mar 12, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db            +Kenneth Cooper,    6126 Old York Rd,    Philadelphia, PA 19141-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Debtor Kenneth  Cooper aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          MARY F. KENNEDY    on behalf of Creditor   Nationwide Assets, LLC mary@javardianlaw.com,
           angie.harrigan@javardianlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7

THE LAW OFFICE OF GREGORY JAVARDIAN, LLC
By: Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Nationwide Assets, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         Chapter 13 Proceeding
Kenneth Cooper
        Debtor(s)                          17-16828 ELF

## STIPULATION BY AND BETWEEN KENNETH COOPER AND NATIONWIDE ASSETS, LLC

WHEREAS, on October 6, 2017 Kenneth Copper (hereinafter "Debtor") filed the

above referenced bankruptcy petition;

WHEREAS, on January 4, 2018 Nationwide Assets, LLC filed a Proof of Claim

(Claim No. 4);

WHEREAS, Nationwide Assets, LLC's Claim is based on a second Mortgage and

Note executed by the Debtor on March 13, 1998. The mortgage gives Nationwide Assets,

LLC a security interest in the Debtor's property located at 6126 Old York Road,

Philadelphia, PA 19141 hereinafter "the property");

WHEREAS, on March 1, 2018 Debtor and Nationwide Assets, LLC entered into

a Stipulation for the payment of Nationwide Assets, LLC's pre-petition arrears claim;

WHEREAS, Debtor has been performing under the terms of the Stipulation;

{00661295}                                     1

WHEREAS, prior to the filing of this Bankruptcy petition Nationwide Assets,

LLC filed a mortgage foreclosure action on the Philadelphia Court of Common Pleas

(September 2017 No. 000444);

WHEREAS, Nationwide Assets, LLC wishes to dismiss the foreclosure action;

WHEREAS, the Philadelphia Countu Court of Common Pleas will not dismiss the

foreclosure action until the automatic stay is lifted; and

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith

stipulate as follows:

1.   Upon approval by the United States Bankruptcy Court of the within

Stipulation, Debtor and Nationwide Assets, LLC, agree to the following

2.   The parties agree that the automatic stay shall be vacated for the sole purpose

of allowing Nationwide Assets, LLC to request dismissal of the mortgage

foreclosure action (September 2017 No. 000444).

{00661295}                        2

3.  The parties agree that a facsimile may be submitted to the Court as if it were

an original.

STIPULATED AND AGREED TO BY:

_____          Date: _3- 6 - 2020_
John L. McClain, Esquire
Attorney for Debtor, Kenneth Cooper

_____          Date: _3/6/2020_
Mary F. Kennedy, Esquire
Attorney for Nationwide Assts, LLC

# ORDER

On this 12th day of ____March_____, 2020, approved by the Court.

_____
United States Bankruptcy Judge
Eric L. Frank

{00661295}                                    3