**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Cooper, Kenneth

Debtor(s) : 17-16828

:

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 12th day of May 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Meadow Rehabilitation and Nursing Ctr to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE  ERIC L. FRANK

Meadow Rehabilitation and Nursing Ctr
Rest Haven Nursing Ctr, Inc.
9209 Ridge Pike
Whitemarsh, PA 19128

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Cooper, Kenneth
6126 Old York Rd
Philadelphia, PA 19141

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106